IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of NEW YORK
UTICA DIVISION

|  |  |
|---|---|
| In re:<br>Tonya K. Sitkow/<br>Tonya R. Sitkowski<br><br>        Debtor(s) | Chapter:   7<br>Case Number:   13-60834-DD<br>Assigned to the Honorable:<br><br>REQUEST FOR SPECIAL NOTICE<br>[NO Hearing Required] |

TO THE CLERK:

      The undersigned attorneys for:

CAPITAL ONE, N.A.
Merchant Name:BEST BUY CO., INC.

a creditor of the above referenced debtor.

      Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

      REQUEST IS HEREBY MADE that CAPITAL ONE, N.A. be given and served with all notices given or required to be given in the case as follows:

                CAPITAL ONE, N.A.
                Bass & Associates, P.C.
                3936 E. Ft. Lowell Road, Suite #200
                Tucson, AZ 85712

      Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 05/30/13
Account Number: ************2208

                Respectfully submitted,
                Bass & Associates, P.C.

                By: /s/ Patti H. Bass  (AZ 016849)
                    Attorneys for Creditor
                    CAPITAL ONE, N.A.
                    3936 E Ft Lowell Rd Suite 200
                    Tucson, AZ  85712-1083
                    (520) 577-1544
                    ecf@bass-associates.com